THE PEOPLE OF THE STATE OF NEW YORK v. BERNARD FREUND.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAMES DRURY and Others v. HENRY L. DOHERTY, as Survivor, etc., Impleaded, etc. JOHN B. HUTTON, as Domiciliary Receiver, etc. RUDOLPH LANGFELDER and Another, Receivers, etc.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CONNELL SCOTT.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BERTHA HOROWITZ v. EMANUEL HARRIS, Impleaded, etc.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOSEPH HAAG v. THE CITY OF NEW YORK.— Motion granted; question certified. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

FRANCES B. GRAY v. PROPERTIES DEVELOPING CORPORATION and Others.— Motion denied and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHRISTIAN A. BENTSEN, Respondent, v. JAMES A. O'BOYLE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Dowling, P. J., dissents.

CHARLES E. WILLIAMS, Respondent, v. AUGUST HECKSCHER and Another, Appellants.— Determination affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Petition of RUTH H. KING to Obtain a Determination as to the Validity, Construction and Effect of a Disposition of Property Contained in the Last Will and Testament of OTTO R. HARTMANN, Deceased.— Decree affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FANNIE LEVY, Respondent, v. MARTIN ZINN and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THOMAS A. HOWELL and Others, Respondents, v. ALFRED O. HOYT and Another, as Executors, etc., of HENRY R. HOYT, Deceased, and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within ten days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES SCHOLL and Another, Appellants, v. GEORGE McLEOD BAYNES, Respondent.— Determination affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; McAvoy, J., dissents.

GUARANTY TRUST COMPANY OF NEW YORK, Respondent, v. ALFRED O. HOYT, Individually, and JOHN SHERMAN HOYT and Another, as Executors and Trustees, etc., of HENRY R. HOYT, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within ten days from service of order upon payment of said costs and the costs awarded to the plaintiff by the order appealed from. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.